UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 16-CR-20067 |
| ) | |
| DEON EVANS, ) | |
| ) | |
| Defendant. ) | |

## REPORT REGARDING DEFENDANT'S LEGAL REPRESENTATION

Now comes, BAKU N. PATEL of PATEL LAW, P.C., temporarily appointed as CJA counsel for the Defendant, Deon Evans, and hereby states as follows:

1. On February 27, 2020, the Court made a limited appointment of Counsel for the purpose of discussing potential conflict of interest issues with the Defendant regarding his defense counsel, Steve Sarm.
2. The Defendant was presented two options: to request appointment of a new CJA counsel or to remain represented by Steve Sarm along with co-counsel Jim Martinkus.
3. Counsel spoke with the Defendant by phone on March 19, 2020.
4. The Defendant requests the appointment of another CJA attorney from the panel due to the potential conflict of interest.

Respectfully submitted,

s/Baku N. Patel
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Patel Law, P.C.
Attorneys at Law
108 W. University Ave.
Urbana, Illinois 61802
Telephone: (217) 384-1111
Fax: (217) 384-7058
E-mail: Baku@patellawteam.com