IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) Case No. 16-CR-20067 |
| DEON EVANS, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION REQUESTING APPOINTMENT OF NEW CJA ATTORNEY AND MOTION TO EXTEND PSR OBJECTION DEADLINE**

NOW COMES the Defendant, DEON EVANS, by and through his attorney, STEVEN N. SARM of ERWIN, MARTINKUS & COLE, LTD., and hereby requests this Honorable Court to grant the Defendant's Motion requesting the appointment of a new CJA attorney, and in support thereof, states as follows:

1. On March 27, 2020, the Defendant requested additional time to talk to defense counsel regarding the Defendant's decision to request new court appointed counsel.

2. On April 1, 2020, defense counsel met with the Defendant and addressed the Defendant's questions and concerns.

3. It is the Defendant's decision to request the appointment of a new court appointed attorney.

4. Further, the Defendant requests that his objection deadline for his PSR be extended beyond April 6, 2020.

5. The Defendant needs additional time to discuss the PSR with his new counsel and feels that it is unlikely this can be completed by April 6, 2020.

WHEREFORE, the Defendant, Deon Evans, respectfully requests this Court to grant his Motion for the appointment of a new CJA attorney and his Motion to extend the PSR objection deadline.

        Respectfully Submitted,
        Deon Evans
        By: /s/ Steven N. Sarm
        Steven N. Sarm, his attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Steven N. Sarm
        Steven N. Sarm

Steven N. Sarm, ARDC #6300761
steve.sarm@erwinlaw.com
Erwin, Martinkus & Cole, Ltd.
411 W. University Ave
Champaign, Illinois 61820
(217) 351.4040
sns-asst@erwinlaw.com